

**New River Valley Regional Jail**
P.O. Box 1067
Dublin, Virginia 24084
(540) 643-2000    (540) 643-2010 FAX

Donnie M. Simpkins
Superintendent

```
CLERK'S OFFICE U.S. DIST COURT
       AT ROANOKE, VA
            FILED
         JUN 15 2006
    JOHN F CORCORAN, CLERK
    BY
         DEPUTY CLERK
```

June 14, 2006

To Whom It May Concern:

I am returning the enclosed Notice of Lawsuit and Request for Waiver of Service of Summons for Southern Pride, Margaret Falls and Rebecca Tatum to you for the following reasons.

Southern Pride is not an agency or entity that is known to the New River Valley Regional Jail. The New River Valley Regional Jail has no knowledge of the existence of such a person, place or organization and has never employed or used the same for any purpose.

Margaret Falls and Rebecca Tatum are not employees of the New River Valley Regional Jail.

Respectfully submitted,

*Gerald A. McPeak*

Lt. Col. Gerald A. McPeak
Assistant Superintendent
New River Valley Regional Jail