IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

```
CHRISTOPHER ALLEN BOWEN,      )
      Plaintiff,              )     Civil Action No. 7:06CV00305
                              )
v.                            )     ORDER
                              )
NEW RIVER VALLEY              )     By: Hon. Glen E. Conrad
REGIONAL JAIL, et al.,        )     United States District Judge
      Defendants.             )
```

In accordance with the accompanying Memorandum Opinion, it is now

**ORDERED**

as follows:

1. The motion to dismiss filed by the New River Valley Regional Jail Authority shall be and hereby is **GRANTED**;

2. The motion for summary judgment filed by Nurse Margaret Falls shall be and hereby is **GRANTED**;

3. The motion for judgment on the pleadings filed by Southern Health Partners shall be and hereby is **GRANTED**;

4. The motion for judgment on the pleadings filed by Nurse Rebecca Tatum shall be and hereby is **DENIED**; and

5. Tatum is directed to file a motion for summary judgment within twenty (20) days.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 14th day of November, 2006.

_____
United States District Judge