CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 1 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER ALLEN BOWEN, )<br>    Plaintiff, ) | Civil Action No. 7:06CV00305 |
| )<br>v. ) | **FINAL ORDER** |
| )<br>NEW RIVER VALLEY )<br>REGIONAL JAIL, et al., )<br>    Defendants. ) | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the motion for summary judgment filed by Rebecca Tatum shall be and hereby is **GRANTED**, and this action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 1st day of ~~January~~ FEBRUARY, 2007.

/s/ Glen E. Conrad
United States District Judge